UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**ANTHONY LOUIS MORGAN**      CASE NO. 6:15-CV-0667
**VERSUS**                    MAGISTRATE JUDGE WHITEHURST
**PRUDENTIAL INSURANCE CO OF** BY CONSENT OF PARTIES
**AMERICA**

MINUTES OF COURT

| | |
|---|---|
| Date:    11/3/2016 | Presiding: Magistrate Judge Carol B. Whitehurst |
| Court Opened: 9:30 a.m. | Courtroom Deputy: Christina Chicola |
| Court Adjourned: 3:35 p.m. | Court Reporter: Cathleen Marquardt |
| **Statistical Time: 03:30** | |

**APPEARANCES:**
Ronald Edward Stutes, attorney for the David Michael Aubrey, Daniel Edward Aubrey, Michael Brett Morgan, M A D
James P Lambert, attorney for Anthony L Morgan

**CASE CALLED FOR**                          **FILINGS:**
\_\_ Hearing on motions                      **X** Witness List
\_\_ Jury selection only                     **X** Exhibit List
_X_ Trial with/without jury 2nd day
\_\_ Other

**PROCEEDINGS:**
\_\_X\_\_   Witnesses sequestered
\_\_\_\_\_   Opening statement – plaintiff
\_\_\_\_\_   Opening statement – defendant
\_\_\_\_\_   Testimony & evidence for plaintiff, not concluded
\_\_\_\_\_   Testimony & evidence for defendant, not concluded
\_\_\_\_    Rebuttal testimony & evidence, not concluded
\_\_X\_\_   Evidence closed
\_\_\_\_    Evidence left open for \_\_\_
\_\_\_\_    Case argued
\_\_\_\_    Jury instructed
\_\_\_\_    Alternate juror(s) excused
\_\_\_\_    Jury deliberation began at *.M.
\_\_\_\_    Jury verdict reached at *.M.
_X\_\_\_   Case ruled on by the Court – see below
\_\_\_\_    Case taken under advisement
\_\_\_\_    Briefing times – see below
\_\_\_     Mistrial declared

**VERDICT, RULING, COMMENTS:**

The Oral Motion for Directed Verdict on behalf of Anthony L Morgan is DENIED.

Based on the findings of fact and conclusions of law that were read on the record, the Court finds the Cross-Claimants have failed to meet the legal burden of proof under LA. C. C. art 1926. The Court further finds that plaintiff in interpleader, Prudential Life Insurance Company, is to make full payment to Anthony L Morgan by transferring the funds in the registry of the Court to the trust of his attorney.