# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| Morgan | Civil Action No. 15-00667 |
| versus | Magistrate Judge Carol B. Whitehurst |
| Prudential Insurance Co. Of America | By Consent of the Parties |

## JUDGMENT

After a trial on the merits and in accordance with the oral reasons assigned on the 3rd day of November, 2016,

**IT IS ORDERED** that judgment be entered pursuant to Rule 52(c) of the Federal Rules of Civil Procedure in favor of Anthony Louis Morgan and against Cross-claimants, Daniel Edward Aubrey, David Michael Aubrey, Michael Brett Morgan and the Guardian ad litem of minor M.A.D.

**IT IS FURTHER ORDERED** that Prudential Life Insurance Company is to pay to Anthony Louis Morgan, $100,000.

**IT IS FURTHER ORDERED** that the Clerk of Court is to disburse the funds deposited into the Registry of the Court by Prudential Life Insurance Company to Anthony Louis Morgan through his counsel of record, James P. Lambert.

**IT IS FURTHER ORDERED** that Cross-claimants, Daniel Edward Aubrey, David Michael Aubrey, Michael Brett Morgan and the Guardian ad litem of minor

M.A.D. are taxed with costs pursuant to Rule 54(d) of the Federal Rules of Civil Procedure.

**THUS DONE AND SIGNED** this 7th day of November, 2016.

_____
CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE